O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CURTIS LE'BARRON GRAY,

                Petitioner,

       vs.

DERRAL G. ADAMS, WARDEN,

                Respondent.

CASE NO. CV 09-05104 CBM (RZ)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 12/14/09

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE