O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LE'BARRON GRAY,<br><br>    Petitioner,<br><br> vs.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>    Respondent. | CASE NO. CV 09-05104 CBM (RZ)<br><br>JUDGMENT |

  This matter came before the Court on the Petition of CURTIS LE'BARRON GRAY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 12/14/09

                    CONSUELO B. MARSHALL
                    UNITED STATES DISTRICT JUDGE